IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZACHARY SPADA,                          :
                    Plaintiff           :
            v.                          : Case No. 1:18-cv-255-KRG-KAP
Y & Y HOLDINGS, *et al.*,               :
                    Defendants          :

## Order

Plaintiff filed a civil complaint that was dismissed on September 21, 2018. Plaintiff filed two subsequent motions, an "Omnibus Motion for Relief," ECF no. 11 and a "Motion for Reconsideration *nunc pro tunc*," ECF no. 12, which were referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 13, 2018, ECF no. 13, recommending that these motions, treated as a motion to alter or amend judgment under Fed.R.Civ.P. 59, be denied as meritless and untimely.

Plaintiff was notified that pursuant to 28 U.S.C. § 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. No objections were filed.

After *de novo* review of the record in this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017) (standard of review when no timely and specific

1

objections are filed), the following order is entered:

AND NOW, this 29th day of August, 2019, it is ORDERED that
the motions filed at ECF nos. 11 and 12 are denied. The Report
and Recommendation is adopted as the opinion of the Court

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Zachary Thomas Spada
ID No. 32560
Erie County Prison
1618 Ash Street
Erie, PA 16503

Zachary T. Spada
514 W 16th St
Apt 1
Erie, PA 16502